UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KENYOTA AMOS,

        Plaintiff,

v.                                                  Case No. 16-C-1024

MCDONALD'S, et al.,

        Defendants.

**ORDER**

Plaintiff Amos has filed an action under 42 U.S.C. § 1983. I dismissed the action on *res judicata* grounds and certified that any appeal from this matter would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3). Plaintiff appealed this court's order, and the case is presently pending before the United States Court of Appeals for the Seventh Circuit. It appears plaintiff now seeks an indicative ruling on a motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b) that he has yet to file. *See* Fed. R. Civ. P. 62.1(a). Plaintiff has offered no factual assertion or argument that would cause the court to reconsider its earlier ruling. Accordingly, I would be inclined to deny any such motion.

**SO ORDERED** this 1st day of February, 2017.

                                                              s/ William C. Griesbach
                                                              William C. Griesbach, Chief Judge
                                                              United States District Court